```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 09460
   WILLIE MAE SCOTT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-8553

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/17/2008 and was not confirmed.

     The case was dismissed without confirmation 08/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED        4859.43         .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00          .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE       .00          .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED         .00            .00
JENNIFER SCOTT            NOTICE ONLY    NOT FILED         .00            .00
ARNOLD G KAPLAN           DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                       595.83

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         595.83

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      595.83
                              ---------------    ---------------
TOTALS                          595.83              595.83
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 11/19/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE